

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDY A. PRITCHARD | * | CIVIL ACTION |
| VERSUS | * | NO. **09-6444** |
| GYNECOR, A DIVISION OF BOSTWICK LABORATORIES AND JEFFERSON BO-ZI LIN, M.D. | * * | SECTION: **SECT. J MAG. 3** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

**TO THE HONORABLE CLERK OF COURT:**

Pursuant to 28 U.S.C. §§ 1332 and 1446, Defendants Bostwick Laboratories, Inc. (erroneously named Gynecor, A Division of Bostwick Laboratories) ("Bostwick") and Jefferson Bo-Zi Lin, M.D. ("Dr. Lin"), respectfully remove the presently pending action filed by Plaintiff, Wendy A. Pritchard ("Plaintiff"), in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, entitled *Wendy A. Pritchard v. Gynecor, A Division of Bostwick Laboratories and Jefferson Bo-Zi Lin, M.D.* bearing civil docket no. 114,154 "E" ("State Court Litigation"), to the

United States District Court for the Eastern District of Louisiana. In support of Removal, Defendants state as follows:

I.

STATE COURT PROCEEDINGS

A.  Plaintiff filed suit in State Court on August 5, 2009 alleging medical malpractice against Defendants Bostwick and Dr. Lin.

B.  Defendant, Bostwick was served with process on August 27, 2009. Defendant, Dr. Lin, an employee of Bostwick, received notice of the suit on August 24, 2009. Pursuant to 28 U.S.C. § 1446(b), Defendants file this Notice of Removal within 30 days of receipt of Plaintiff's Petition for Damages.

II.

BASIS OF REMOVAL

A.  Removal is proper because there is complete diversity between the parties pursuant to 28 U.S.C 1332(a) and *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005). Plaintiff is a citizen of St. Bernard Parish, Louisiana. Gynecor is a trade name for Bostwick Laboratories, Inc., which is a foreign corporation domiciled in Delaware. Dr. Lin is an employee of Bostwick Laboratories, Inc. and resides in Arizona. (See Affidavit of Richard Bostwick attached hereto as Exhibit "A" and

incorporated herein for all purposes). Upon information and belief, the amount in controversy exceeds $75,000, excluding interest, costs, and attorneys fees as this case involves the alleged mis-diagnosis of a cancerous lesion.

B.   Venue is proper in this District under 28 U.S.C. §1441(a) because the state court where the action is pending is within this Court's jurisdiction.

C.   In accordance with 28 U.S.C. §1446(a), attached to this Notice of Removal is the true and correct copy of the entire state court record ( Exhibit "B").

D.   Defendants are contemporaneously filing a copy of this Notice of Removal with the Clerk of the 34th Judicial District Court where this action is pending.

III.

JURY DEMAND

Defendants are entitled to and demand a trial by jury in this proceeding.

IV.

CONCLUSION

As Defendant Bostwick Laboratories, Inc. is a Delaware Corporation, Defendant Dr. Lin is an Arizona resident, and Plaintiff is a Louisiana resident, complete diversity exists. Defendants file

this Notice of Removal within 30 days of service of process upon it. For these reasons, Defendants respectfully request this Honorable Court to remove this action to this Federal Court.

Respectfully submitted:

_____
THOMAS C. COWAN (04509)
KAREN C. DUNCAN (24080)
650 Poydras Street, Suite 2315
New Orleans, Louisiana 70130
Office: 504.527.6226;Fax: 504.527.0801
*Attorneys for Defendants,*
*Bostwick Laboratories, Inc. and*
*Jefferson Bo-Zi Lin, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Removal has been forwarded to all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid on September 21, 2009.

_____
THOMAS C. COWAN (04509)