## AFFIDAVIT OF RICHARD T. BOSTWICK

**THE COMMONWEALTH OF VIRGINIA** §

**COUNTY OF HENRICO** §

Before me, the undersigned authority, personally appeared Richard T. Bostwick, who being by me duly sworn, deposed and said as follows:

My name is Richard T. Bostwick. I am over the age of twenty-one (21), and am competent to make this affidavit. I am the General Counsel and Secretary of Bostwick Laboratories, Inc., who is a Defendant in this lawsuit, and I have personal knowledge of the facts stated herein, which are true and correct.

Bostwick Laboratories, Inc. is a Delaware corporation with its principal place of business located at 4355 Innslake Drive, Glen Allen, Virginia 23060. Bostwick Laboratories, Inc. is licensed to do business in Louisiana and is in good standing.

Gynecor, as named in Plaintiff's Petition for Damages, is only a trade name used by Bostwick Laboratories, Inc. to conduct part of its business activities. Gynecor is not a separate company or subsidiary of Bostwick Laboratories, Inc.

Dr. Jefferson Bo-Zi Lin, is an Associate Medical Director of Bostwick Laboratories, Inc. He is a pathologist employed by Bostwick Laboratories, Inc. and resides in Arizona.

AFFIANT FURTHER SAYETH NOT.

_____
RICHARD T. BOSTWICK

SUBSCRIBED AND SWORN TO before me on the 11th day of September, 2009.

_____
Notary Public
*I was commissioned as Notary Public as Shenai Jones*

My Comm. Exps. 2/28, 2011





UNITED STATES OF AMERICA

STATE OF LOUISIANA

THIRTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

- - - - - -

I, LENA T. NUNEZ, CHIEF DEPUTY CLERK OF COURT OF THE THIRTY-FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD, DO HEREBY CERTIFY, that the attached record consisting of 10 PAGES is a true copy of the original record on file in the Court, No. 114-154, entitled WENDY A. PRITCHARD VERSUS GYNECOR, A DIVISION OF BOSTWICK LABORATORIES AND JEFFERSON BO-ZI LIN M.D. filed AUGUST 9, 2009.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this said court, at the City of Chalmette, on this 15TH day of SEPTEMBER, 2009.

_____
LENA T. NUNEZ
CHIEF DEPUTY CLERK OF COURT

AP


EXHIBIT B

34ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 114,154                                           DIVISION E

WENDY A PRITCHARD

VERSUS

GYNECOR, A DIVISION OF BOSTWICK LABORATORIES AND
JEFFERSON BO-ZI LIN M.D.

FILED: AUG 0 6 2009

_____          _____
                                 DEPUTY CLERK

**JURY TRIAL**

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes plaintiff, Wendy A. Pritchard, a person of the full age of majority and a resident of St. Bernard Parish, State of Louisiana respectfully represents the following to this Honorable Court:

I.

Made defendants herein are:

A)   Gynecor Corporation, upon information and belief a division of Bostwick Laboratories, a domestic corporation qualified to do and doing business in Jefferson Parish; and

B)   Jefferson Bo-Zi Lin, M.D. a physician upon information and belief and at all pertinent times herein is a physician licensed by the Louisiana State Board of Medical Examiners but practicing medicine in Scottsdale, Arizona.

II.

Dr. Lin does not do business in Louisiana and has not appointed an agent for service of process. Accordingly, jurisdiction is appropriate in St. Bernard.

III.

On November 24, 2008 the petitioner underwent a cervical biopsy performed by Dr. Michael Graham, an obstetrician/gynecologist practicing in Metairie, Louisiana.

1

IV.

Upon information and belief, Gynecor entered into a agreement with Premier Women's Health Center/Dr. Michael E. Graham whereby Gynecor would interpret the pathology specimens from procedures performed by Dr. Graham. Accordingly Dr. Graham forwarded the pathology sample to Gynecor at its Tempe, AZ office. Jefferson Bo-Zi Lin, M.D. is a pathologist who upon information and belief is the associate medical director of Gynecor. Dr. Lin reviewed the slides and determined that Ms. Pritchard had a grade 3 severe dysplasia-carcinoma in situ.

V.

Ms. Pritchard was told that she would need surgery to remove the cancerous lesion and that without surgery the carcinoma in situ could spread to surrounding tissues developing into an invasive cancer.

VI.

Ms. Pritchard sought a second opinion with Dr. Catherine Swing. Dr. Swing, relying on the pathology report, also opined that a surgical procedure was indicated.

VII.

Ms. Pritchard underwent surgery performed by Dr. Swing on January 26, 2009. The tissue removed during that surgery was examined by Robert Lahoste, a pathologist at East Jefferson General Hospital. Of the three specimens that were reviewed by Dr. Lahoste two were negative for hyperplasia or dysplasia, one showed mild dysplasia.

VIII.

Due to Dr. Bo-Zi Lin's misinterpretation of the biopsy specimen Ms. Pritchard was made to undergo unnecessary surgery. Mild dysplasia does not require surgery only watching.

IX.

As a result of the misinterpretation of the November 24, 2008 specimen, Ms. Pritchard sustained the following damages:

1) Past pain and suffering resulting from the unnecessary surgery;

2) Future pain and suffering resulting from increased risk that any future pregnancy will carry an increased risk of premature delivery and required intervention;

2

3) Fear and anxiety accompanying the erroneous diagnoses of a cancerous condition;

4) Fear and anxiety, present and future, over her child bearing capacity;

5) Loss of enjoyment of life;

6) Medical expenses, past and future.

X.

Plaintiff prays for trial by jury.

XI.

Accordingly, plaintiff prays that after due proceedings be had there be judgment rendered in her favor, against Gynecor, a division of Bostick Laboratories, and Dr. Jefferson Bo-Zi Lin.

Respectfully submitted:

Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes L.L.P.

JACQUELINE BLANKENSHIP (20455)
GEORGE B. RECILE (11414)
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone (504) 833-5600
Facsimile (504) 833-8080
Counsel for Plaintiff

**PLEASE SERVE:**

Gynecor, a division of
Bostwick Laboratories, Inc.
Through their agent for service
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802

Jefferson Bo-Zi Lin, M.D.
**Through the Louisiana Long Arm Statute**
1700 North Desert Drive
Tempe, Arizona 85281

3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

FILED
AUG 21 2009
CLERK OF COURT
ST. BERNARD PARISH

1. Article Addressed to:

   MS. JACQUELINE BLANKENSHIP
   CHEHARDY, SHERMAN, ET AL
   ONE GALLERIA BLVD, SUITE 1100
   METAIRIE, LA 70001
   # 114-154 JM (PRITCHARD) 8/17/09

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7009 0820 0000 5887 2990

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $
Certified Fee
Return Receipt Fee (Endorsement Required)   Postmark Here
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Sent To:
MS. JACQUELINE BLANKENSHIP
CHEHARDY, SHERMAN, ET AL
ONE GALLERIA BLVD, SUITE 1100
METAIRIE, LA 70001
# 114-154 JM (PRITCHARD) 8/17/09

Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7009 0820 0000 5887 2990

PS Form 3800, August 2006   See Reverse for Instructions

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO 114 154 -                                    DIVISION " "

WENDY A. PRITCHARD

VS

GYNECOR, A DIVISION OF BOSTWICK LABORATORIES AND
JEFFERSON BO-ZI LIN M.D.

FILED: AUG 0 6 2009                       /S/ ALICE PERNICIARO, Deputy Clerk

## JURY ORDER

Considering the request for a jury trial filed herein:

**IT IS ORDERED** that this matter shall be tried by a jury, subject to compliance with the requirements and in accordance with La. R.S. 13:3049(B) and La. C.C.P. Article 1734.1, requiring cash deposits in lieu of bond to defray the additional costs of a jury trial;

1. The party seeking the trial by jury shall make a cash deposit for jury costs, in lieu of a jury bond, in an amount of **Two Thousand ($2,000.00) and no/100 Dollars** for the first day and **Four Hundred ($400.00) and no/100 Dollars** per day for each additional day.   The deposit shall be made sixty (60) days prior to the commencement of the jury trial.

2. In the event the party requesting the jury trial fails to make the deposit for jury costs, such failure shall entitle any other party to this litigation to request a jury trial within ten (10) days after the date on which the deposit for jury costs were due by the party initially requesting the jury trial, by compliance with the requirements of law and this order in timely making the required deposits to pay the additional costs of a jury trial.

3. The failure of the party initially requesting the jury trial or any other party to timely post the required deposits shall result in a waiver of the right to a trial by jury and no jurors may be summoned for service as jurors in this trial.

4. On the date on which the jury trial is commenced and during the course of the trial, the Court shall require the cash deposit of additional sums to pay expenses and costs in excess of the cash deposit provided for herein.

5. The Court may require an additional amount to be filed during the trial if the deposits are insufficient to pay jury costs.

This Order is entered at Chalmette, Louisiana, on this _17_ day of _August_, 200_9_.

_____
DISTRICT JUDGE

Requested by
JACQUELINE BLANKENSHIP
504-833-5600
WENDY PRITCHARD

# CITATION

WENDY A. PRITCHARD

Versus

GYNECOR, A DIVISION OF BOSTWICK
LABORATORIES AND JEFFERSON BO-ZI
LIN, M.D.



Case: **114-154**
Division: " E "
34th Judicial District Court
Parish of St. Bernard
State of Louisiana

---

TO: GYNECOR, A DIVISION OF BOSTWICK LABORATORIES, INC.
THROUGH THEIR AGENT FOR SERVICE:
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802

**FILED**

AUG 31 2009

CLERK OF COURT
ST. BERNARD PARISH

   YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of <u>PETITION FOR DAMAGES AND JURY ORDER</u>. The Petition tells you what you are being sued for.

   You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

   If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

   This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the <u>17TH</u> day of <u>AUGUST</u>, 2009.

JM (PRITCHARD)

*I made service on the named party through the Corporation Services by tendering a copy of this document to JEANNINE SCHUTTE Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

AUG 27 2009

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk
/S/Jennifer L. Matlock

www.stbclerk.com

---

DOMICILIARY
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from ____ domicile at the time of said service.
   Returned Parish of St. Bernard _____, ____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
   Returned Parish of St. Bernard _____, ____.

_____
Sheriff

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 114,154                                          DIVISION "E"

WENDY A. PRITCHARD

VERSUS

GYNECOR, A DIVISION OF BOSTWICK LABORATORIES
AND JEFFERSON BO-ZI LIN, M.D.

FILED: _____     _____
                                          DEPUTY CLERK

FAX FILED
SEP 11 2009
CLERK OF COURT
ST. BERNARD PARISH
/S/CYNTHIA P. GALLARDO

## MOTION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants Gynecor, A Division of Bostwick Laboratories and Jefferson Bo-Zi Lin, M.D., respectfully request this Honorable Court for a thirty (30) day extension of time within which to file responsive pleadings or until October 14, 2009.

Considering the foregoing:

**IT IS HEREBY ORDERED** that Defendants Gynecor, A Division of Bostwick Laboratories and Jefferson Bo-Zi Lin, M.D., are granted a thirty (30) day extension of time or until October 14, 2009, within which to file responsive pleadings.

Chalmette, Louisiana, this ____ day of September, 2009.

_____
**HONORABLE JACQUES A. SANBORN**
Judge, Division "E"

Respectfully submitted:

_____
THOMAS C. COWAN (04509)
KAREN C. DUNCAN (24080)
650 Poydras Street, Suite 2315
New Orleans, Louisiana 70130
Ofc: 504.527.6226 Fax: 504.527.0801
*Attorneys for Defendants,*
*Gynecor, A Division of Bostwick Laboratories*
*and Jefferson Bo-Zi Lin, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion and Order for Extension of Time to File Responsive Pleadings has been served upon all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid on this 11th day of September, 2009.

_____
KAREN C. DUNCAN (24080)

2

**ORIGINAL RECEIVED**
SEP 14 2009



34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD
ST. BERNARD PARISH

STATE OF LOUISIANA

NO. 114,154                                                                 DIVISION "E"

WENDY A. PRITCHARD

VERSUS

GYNECOR, A DIVISION OF BOSTWICK LABORATORIES
AND JEFFERSON BO-ZI LIN, M.D.

FAX FILED: SEP 1 1 2009

DEPUTY CLERK
/S/CYNTHIA P. GALLARDO

### MOTION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants Gynecor, A Division of Bostwick Laboratories and Jefferson Bo-Zi Lin, M.D., respectfully request this Honorable Court for a thirty (30) day extension of time within which to file responsive pleadings or until October 14, 2009.

Considering the foregoing:

**IT IS HEREBY ORDERED** that Defendants Gynecor, A Division of Bostwick Laboratories and Jefferson Bo-Zi Lin, M.D., are granted a thirty (30) day extension of time or until October 14, 2009, within which to file responsive pleadings.

Chalmette, Louisiana, this _____ day of September, 2009.

HONORABLE JACQUES A. SANBORN
**Judge, Division "E"**

Duty Judge

Respectfully submitted:

_____
THOMAS C. COWAN (04509)
KAREN C. DUNCAN (24080)
650 Poydras Street, Suite 2315
New Orleans, Louisiana 70130
Ofc: 504.527.6226l Fax: 504.527.0801
*Attorneys for Defendants,*
*Gynecor, A Division of Bostwick Laboratories*
*and Jefferson Bo-Zi Lin, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion and Order for Extension of Time to File Responsive Pleadings has been served upon all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid on this 11th day of September, 2009.

_____
KAREN C. DUNCAN (24080)

**ORIGINAL**

**RECEIVED**

SEP 14 2009

/S/CYNTHIA P. GALLARDO
DEPUTY CLERK OF COURT
ST. BERNARD PARISH

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 114,154                                                             DIVISION "E"

WENDY A. PRITCHARD

VERSUS

GYNECOR, A DIVISION OF BOSTWICK LABORATORIES
AND JEFFERSON BO-ZI LIN, M.D.

**FAX FILED:** SEP 1 1 2009          /S/CYNTHIA P. GALLARDO
                                      DEPUTY CLERK

## MOTION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants Gynecor, A Division of Bostwick Laboratories and Jefferson Bo-Zi Lin, M.D., respectfully request this Honorable Court for a thirty (30) day extension of time within which to file responsive pleadings or until October 14, 2009.

Considering the foregoing:

**IT IS HEREBY ORDERED** that Defendants Gynecor, A Division of Bostwick Laboratories and Jefferson Bo-Zi Lin, M.D., are granted a thirty (30) day extension of time or until October 14, 2009, within which to file responsive pleadings.

Chalmette, Louisiana, this 15th day of September, 2009.

/S/ Robert G. Klees
HONORABLE JACQUES A. SANBORN
Judge, Division "E"  Duty Judge

Respectfully submitted:

_____
THOMAS C. COWAN (04509)
KAREN C. DUNCAN (24080)
650 Poydras Street, Suite 2315
New Orleans, Louisiana 70130
Ofc: 504.527.6226l Fax: 504.527.0801
*Attorneys for Defendants,*
*Gynecor, A Division of Bostwick Laboratories*
*and Jefferson Bo-Zi Lin, M.D.*

**A TRUE COPY**
Lena R. Torres
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By_____
DEPUTY CLERK    SEP 1 5 2009
/S/ALICE PERNICIARO

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion and Order for Extension of Time to File Responsive Pleadings has been served upon all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid on this 11th day of September, 2009.

_____
KAREN C. DUNCAN (24080)